IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07 CV 236 - GCM**

| | |
|---|---|
| HELEN HORNBUCKLE, | ) |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| CHARLOTTE RADIOLOGY, P.A., | ) |
| Defendant. | ) |

THIS MATTER is before the court on its own motion. The Parties have filed their Certification and Report of Initial Attorneys' Conference [doc. 6]. Prior to entering the Pre-Trial Order, an Initial Pretrial Conference will be held in Chambers. All parties are directed to appear for this conference on **Thursday, September 13, 2007, at 10:45 a.m.**.

IT IS SO ORDERED.

Signed: August 28, 2007

Graham C. Mullen
United States District Judge