IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV236

| | | |
|---|---|---|
| HELEN HORNBUCKLE | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHARLOTTE RADIOLOGY, P.A., | ) | |
|     Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court upon Plaintiff's Stipulation of Dismissal with Prejudice. [Docket # 12].

Defendant has submitted an answer, and therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1), this case is dismissed.

IT IS SO ORDERED.

Signed: December 4, 2007

Graham C. Mullen
United States District Judge